# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSEPH CARTHRON                                                                                    PETITIONER

v.                                         NO. 4:07CV01223 BSM

ROY BROWNLEE, Chairman,                                                                 RESPONDENT
Arkansas Post-Prison Transfer Board

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Joseph Carthron is denied and dismissed.  Judgment will be entered for respondent Roy Brownlee.

IT IS SO ORDERED this 7th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE