# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOSEPH CARTHRON                                                              PETITIONER

v.                                              NO. 4:07CV01223 BSM

ROY BROWNLEE, Chairman,                                                     RESPONDENT
Arkansas Post-Prison Transfer Board

### JUDGMENT

Pursuant to the Order entered this day, the petition for writ of habeas corpus

pursuant to 28 U.S.C. 2254 filed by petitioner Joseph Carthron is denied and dismissed.

Judgment is entered for respondent Roy Brownlee.

IT IS SO ORDERED this 7th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE